No. 67344.—Hirschberg Schutz & Co., Inc., et al. *v.* United States, protests 263392–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon ribbons similar in use to ribbons made from fabrics

with fast edges, not over 12 inches wide, wholly or in chief value of silk, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.